[No. 67436-6-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LLOYD, *Appellant*.

*In the Matter of the Personal Restraint of* LARRY LLOYD, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00753-3, Jeanette Dalton, J., entered April 16, 2010, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 67437-4-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ANTHONY LINDHOLM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03828-6, John R. Hickman, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 40241-6-II.   Division Two.   November 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS BUSH II, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01347-1, Diane M. Woolard, J., entered January 13, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40767-1-II.   Division Two.   November 15, 2011.]

TACOMA-PIERCE COUNTY SMALL BUSINESS INCUBATOR, *Appellant*, v. SANDRA KENNEDY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-04652-8, Katherine M. Stolz, J., entered May 14, 2010. *Reversed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.